UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL K. MILLER,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 16-1004** |
| v. | : | **(JUDGE MANNION)** |
| **NANCY A. BERRYHILL,** | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Memorandum issued on this date, **IT IS HEREBY ORDERED THAT:**

1. All of the findings reached by Judge Arbuckle in his report and recommendation will be **ADOPTED** as findings of this court.

2. The court, however, will direct judgment for the plaintiff.

3. The Commissioner shall **AWARD** plaintiff with Disability Insurance Benefits and Social Security Income Benefits.

4. The Clerk of Court is directed to **CLOSE** this case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 20, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1004-01.docx